

1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:          CASE NO. 2:20-SW-087-EFB

12 THE CELLULAR TELEPHONE ASSIGNED          [PROPOSED] ORDER DELAYING NOTICE
   CALL NUMBER 209-684-4627
13                                          **UNDER SEAL**

14

15     The United States has represented that there exists an ongoing investigation into the narcotics

16 trafficking and money laundering activities of the parties named in the application and order, signed

17 January 24, 2020, which authorized agents of Homeland Security Investigations ("HSI") and the Bureau

18 of Alcohol, Tobacco, Firearms and Explosives ("ATF") to ascertain the physical location of the T-

19 Mobile cellular telephone currently assigned: 209-684-4627 ("TARGET CELL PHONE"), including but

20 not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the

21 TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

22     The government has further represented that service of the notice required by Federal Rules of

23 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

24 to the targets.

25     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

26 be required to serve the notice shall be postponed for 90 days from the date of this Order.

27 ///

28 ///

ORDER DELAYING NOTICE                         1

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 3-20-20

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE